IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Complaint No. 121M-MPT |
| ) | |
| DENNIS D. CARSON ) | |
| ) | |
| Defendant. ) | |

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Sophie E. Bryan, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On October 20, 2006, Dennis D. Carson was charged by criminal complaint with transmitting in interstate commerce a communication containing a threat to injure the person of another, with the intent to extort any money or other thing of value, in violation of 18 U.S.C. § 875(b) and (c).

2. Dennis D. Carson (d.o.b. 01/19/1957 or 01/09/1957) is currently a pretrial detainee on various State offenses. The defendant is detained at the Delaware Correctional Center (DCC) in Smyrna, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled

for Thursday, October 26, 2006, at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to the Warden for Delaware Correctional Center, to bring the said defendant Dennis D. Carson before this Court on October 26, 2006, at 1:00 p.m. for an Initial Appearance and for the defendant to remain in the custody of the United States Marshals Service pending the resolution of this matter.

COLM F. CONNOLLY
United States Attorney

By: _____
Sophie E. Bryan
Assistant United States Attorney

Dated: October 23, 2006

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court