IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06- 116 |
| DENNIS D. CARSON, | : |
| Defendant. | : |



## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about October 10, 2006, in the State and District of Delaware, Dennis D. Carson, defendant herein, with the intent to extort from Springfield College money and other things of value, transmitted in interstate commerce a communication containing a threat to injure the person of another, all in violation of Title 18, United States Code, Section 875(b).

### COUNT II

On or about October 10, 2006, in the State and District of Delaware, Dennis D. Carson, defendant herein, transmitted in interstate commerce a communication containing a threat to injure the person of another, all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _Sophie E. Bryan_
Sophie E. Bryan
Assistant United States Attorney

Dated: October 24, 2006



FILED
OCT 2 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE