

U.S. Department of Justice

Federal Bureau of Prisons

Washington, DC 20534

November 20, 2006

The Honorable Mary Pat Thynge
Magistrate Judge of the U.S. District Court
  for the District of Delaware
J. Caleb Boggs Federal Building, Room 6307
844 North King Street
Wilmington, Delaware 19801-3555

Re:  Carson, Dennis D.
     Reg. No. 05167-015
     Doc. No. 06-116M-MPT

Dear Judge Thynge:

This is in response to your order that Dennis D. Carson be designated to the United States Medical Center for Federal Prisoners, Springfield, Missouri; Federal Medical Center (FMC), Butner, North Carolina; or FMC Devens, Massachusetts, for a study under Title 18, U.S. Code, Section 4241(b).

Mr. Carson does not require designation to one of our Medical Referral Centers for hospitalization. Therefore, we have designated Mr. Carson to the Metropolitan Correctional Center, New York, New York, a forensic study site, where he will receive a comprehensive evaluation.

If we may be of further assistance, please contact us at (202) 353-4659.

Sincerely,

*Yvonne Phillips*

for RADM Newton E. Kendig
Medical Director