

U.S. Department of Justice

Federal Bureau of Prisons

Office of the Warden

Metropolitan Correctional Center
150 Park Row
New York, New York 10007
(646) 836-6335, (646) 836-7712 (Fax)

December 6, 2006

Honorable Mary Pat Thynge
United States Magistrate Judge
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519

**Re:    CARSON, DENNIS**
**REGISTER NUMBER: 05167-015**
**CRIMINAL NUMBER: 06-116M-MPT**

Dear Judge Thynge:

We are in receipt of your Court Order pursuant to Title 18, United States Code, Section 4241 and 4247, dated October 31, 2006, in the case of Mr. Dennis Carson.

Mr. Dennis Carson was designated at the Metropolitan Correctional Center, New York on November 29, 2006. In order to provide the Court with a comprehensive and thorough report, we generally ask for 30 days from the date of arrival, which would conclude on December 29, 2006.

If the Court requires an expedited evaluation, we will make every effort to accommodate. Thank you for your consideration in this matter.

Sincerely,

Marvin D. Morrison
Warden

MDM/WR/wr