Dear Judge Thynge,

I was looking over your order for me to have a mental health evaluation. You said, "IF possable it should be done at the federal medical facility in Springfield, Missouri or Butner, North Carolina or Devens, Massachusetts." I can understand you not recommending this place, I have been here 30 days and I have not seen a medical doctor about my medication. All I want is to see the doctor about some medication to keep the demons away.

This lady I ~~attended~~ attended AA with her brother was a state Judge. Every time I saw a psychologist she would always know my busness. I know her brother was letting her listen in on my therapy with my doctors. I hope the doctors here do not do the same thing.

I thank you for letting me express my feelings

Sincerly,

Dennis D. Carson

Dennis D. Carson 05167-015
150 Park Row
New York, New York 10007


FILED

JAN 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dennis D. Carson 05167-015
150 Park Row
New York, New York 10007

U.S.MS
X-RAY

The Honorable Mary Pat Thynge
United States District Court
6th Floor Federal Building
844 King Street
Wilmington, Delaware