IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Crim. Action No. 06-116-GMS |
| DENNIS D. CARSON, | : |
| Defendant. | : |

## SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Ilana H. Eisenstein and enter the appearance of Assistant United States Attorney David L. Hall as counsel of record for the government in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:  /s/David L. Hall
David L. Hall
Assistant United States Attorney

Dated: August 29, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Crim. Action No. 06-116-GMS |
| DENNIS D. CARSON, | : |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on August 29, 2007, I electronically filed:

**SUBSTITUTION OF COUNSEL**

with the Clerk of Court using CM/ECF. Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Eleni Kousoulis, Esquire
Assistant Federal Public Defender
Office of the Federal Public Defender,
 District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801


/s/ Jennifer Brown
Jennifer Brown