IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-116-GMS |
| DENNIS CARSON, | : | |
| Defendant. | : | |

### ORDER

In response to Mr. Carson's Motion for Continuance of Sentencing, this Court HEREBY ORDERS on this **2nd** day of **Oct.**, 2007, that Defendant's sentencing hearing be re-scheduled for the **13th** day of **December**, 2007 at **10:00** a.m./~~p.m.~~

_____
The Honorable Gregory M. Sleet
United States District Court

**FILED**

OCT - 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE