IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-116-GMS |
| DENNIS CARSON, | : | |
| Defendant. | : | |

**MOTION FOR CONTINUANCE OF SENTENCING**

Defendant, Dennis Carson, by and through his undersigned counsel, Eleni Kousoulis, hereby moves the Court for an Order continuing the sentencing hearing in this case.

In support of the motion, the defense submits as follows:

1. Mr. Carson is currently scheduled for sentencing on December 13, 2007 at 10:00 a.m.

2. Defense counsel requires additional time to prepare for sentencing and to file a sentencing memorandum on behalf of Mr. Carson, in order to address in more detail, some of the issues raised in the Presentence Report.

3. Defense counsel respectfully requests that Mr. Carson's sentencing be continued to anytime after January 28, 2008, to allow defense counsel additional time to prepare for sentencing and to file a sentencing memorandum on Mr. Carson's behalf.[1]

---

[1] Defense counsel plans to submit a sentencing letter to the Court by December 28, 2007. Assistant United States Attorney, Dave Hall, would like two weeks to file a response to defense counsel's letter, should he choose to do so. Mr. Hall will be out of the office from December 21, 2007 through January 7, 2008, and will file any response by January 21, 2008. Defense counsel also has a trial in another matter currently scheduled for January 23 and 24, 2008.

4. Assistant United States Attorney, Dave Hall, the attorney handling this case for the government, has no objection to the defense's continuance request.

WHEREFORE, Mr. Carson respectfully requests that the Court continue the sentencing hearing in this matter to anytime after January 28, 2008.

Respectfully submitted,

/s/
Eleni Kousoulis, Esquire
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
ecf_de@msn.com
Attorney for Defendant Dennis Carson

DATED: December 11, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-116-GMS |
| | : | |
| DENNIS CARSON, | : | |
| | : | |
| Defendant. | : | |

# **ORDER**

In response to Mr. Carson's Motion for Continuance of Sentencing, this Court hereby ORDERS on this _____ day of _____, 2007, that Defendant's sentencing hearing be re-scheduled for the _____ day of _____, 2008 at _____ a.m./p.m.

BY THE COURT:

_____
**THE HONORABLE GREGORY M. SLEET**
Chief Judge, United States District Court