IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-116-GMS |
| DENNIS CARSON, | : |
| Defendant. | : |

### ORDER

In response to Mr. Carson's Motion for Continuance of Sentencing, this Court hereby ORDERS on this 12th day of December, 2007, that Defendant's sentencing hearing be re-scheduled for the 7th day of February, 2008 at 2:15 a.m./p.m.

BY THE COURT:

THE HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court



FILED
DEC 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE