IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. 06-121M |
| v. | § | |
| | § | |
| DENNIS CARSON | § | |
| Defendant. | § | |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE DELAWARE CORRECTIONAL CENTER, SMYRNA, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **DENNIS CARSON** who is now detained and imprisoned in the **DELAWARE CORRECTIONAL CENTER** and who is a defendant in the above-entitled cause, in which cause the said **DENNIS CARSON** was charged with a violation of 18 U.S.C. SECTION 875(b)(c). The defendant is scheduled for an **INITIAL APPEARANCE on THURSDAY, OCTOBER 26, 2006** at **1:00 PM** and to be remain in the custody of the United States Marshal's Service pending resolution of the charges. And have you then and there this writ.

To the Marshal of the District of Delaware to execute. WITNESS the Honorable Mary Pat Thynge, United States Magistrate Judge of the District Court of the United States for the District of Delaware, this 23rd day of October 2006.

PETER T. DALLEO, CLERK

By: _____
Deputy Clerk

CERTIFIED: 10-23-06
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY _____
Deputy Clerk

FILED
FEB 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE