IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal Action No. 06-116-GMS |
| DENNIS D. CARSON, | : |

**MOTION AND ORDER TO DISMISS COUNT II OF THE INDICTMENT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, pursuant to the plea agreement, hereby moves this Honorable Court to dismiss Count II of the Indictment.

Respectfully submitted,

COLM. F. CONNOLLY
United States Attorney

BY: _____
David L. Hall
Assistant United States Attorney

Dated: February 28, 2008

**IT IS SO ORDERED** this ___ day of _____, 2008.

_____
Honorable Gregory M. Sleet
United States District Court
District of Delaware