IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-116-GMS |
| | : | |
| DENNIS CARSON, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

Notice is hereby given that Dennis Carson, Defendant, by and through his undersigned attorney, Eleni Kousoulis, Assistant Federal Public Defender for the District of Delaware, hereby appeals to the United States Court of Appeals for the Third Circuit, from the Judgment entered by the Honorable Gregory M. Sleet on February 25, 2008, in the United States District Court for the District of Delaware.

/s/ Eleni Kousoulis
ELENI KOUSOULIS
Assistant Federal Public Defender

Attorney for Dennis Carson

Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE  19801
(302) 573-6010
ecf_de@msn.com

Dated: March 10, 2008